TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00569-CV

Lupe Alonzo, Appellant

v.

Digimedia, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 244,299, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

 Lupe Alonzo appeals the summary judgment rendered against him in Digimedia,
Inc.'s suit for breach of a guaranty agreement. Following Alonzo's perfection of appeal, the
clerk's record was filed in this Court.

 On February 3 and March 2, 2000, this Court notified Alonzo's counsel that neither
his extension motion to file a brief nor the brief that he had tendered complied with the Texas
Rules of Appellate Procedure. See Tex. R. App. P. 9.4(g), (h), 10.1(a)(5). Counsel was directed
to submit a corrected motion and brief by March 9, or the cause would be considered without
appellant's brief. Because no corrected motion or brief was tendered by that date, this Court on
March 27 ordered the cause set for submission and considered without appellant's brief.

 To this date, appellant has tendered no corrected documents to this Court. There
being no error demonstrated to this Court, the judgment of the trial court is affirmed.

 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Kidd and Smith

Affirmed

Filed: May 31, 2000

Do Not Publish